UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW BOURQUE, ET AL. | CIVIL ACTION |
| VERSUS | |
| BASF CORPORATION, ET AL. | NO. 24-00643-BAJ-RLB |

### RULING AND ORDER

On February 19, 2025, the Magistrate Judge issued a **Report And Recommendation (Doc. 24, the "R&R")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana based on Defendant BASF Corporation's ("Defendant BASF") failure to file a timely notice of removal under 28 U.S.C. § 1446 and because Defendant BASF waived its ability to remove in state court. There are no objections to the R&R.

Having carefully considered Defendant BASF's Notice of Removal (Doc. 1), Plaintiffs' Motion to Remand (Doc. 10), Defendant BASF's Opposition (Doc. 12), and Plaintiffs' Reply Brief (Doc. 20), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

19th JDC Certified

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 29th day of May, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**